IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02005-RPM-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff, and

CLIFFORD BAKER,

Plaintiff-Intervenor,

v.

EXEL, INC.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Unopposed Application for Intervention By Clifford
Baker and Certificate of Compliance With D.C.COLO.LCivR 7.1A** (the "Motion to
Intervene"), filed June 16, 2005.

IT IS ORDERED that the Motion to Intervene is GRANTED.  The Clerk of the Court is
directed to mark as filed the Intervenor's Complaint and Jury Demand submitted with the
motion.

Dated June 28, 2005.

BY THE COURT:

/s/ Boyd N. Boland_____
United States Magistrate Judge