\   IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02005-RPM

EQUAL OPPORTUNITY COMMISSION,

      Plaintiff, and

CLIFFORD BAKER,

      Plaintiff-Intervenor,

v.

EXEL, INC.,

      Defendants.

---

## ORDER AMENDING SCHEDUING ORDER

---

      Pursuant to the Unopposed Joint Motion to Amend Scheduling Order, filed on July 28, 2005, it is

      ORDERED that the discovery cut-off date is extended to October 17, 2005, the deadline for designation of experts is extended to September 1, 2005, the deadline for rebuttal expert designations is extended to October 3, 2005, and the deadline for dispositive motions is extended to November 18, 2005.

      Dated: July 29, 2005

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge