IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02005-RPM-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

EXEL, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Second Joint Motion to Amend Scheduling Order and Certificate of Compliance with D.C.COLO.LCivR 6 & 7.1A** (the "Motion"), filed on September 13, 2005.

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Expert Witness Disclosures:
        The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 17, 2005**;

        The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 17, 2005**;

    Discovery Cut-off:        **December 1, 2005;**
    Dispositive Motion Deadline:        **January 6, 2006**.

DATED:  September 15, 2005