IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02005-RPM

EQUAL OPPORTUNITY COMMISSION,

      Plaintiff, and

CLIFFORD BAKER,

      Plaintiff-Intervenor,

v.

EXEL, INC.,

      Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to The Joint Motion for Dismissal With Prejudice, filed April 17, 2009 [34], it is

ORDERED that the joint motion [34] is granted.  It is

FURTHER ORDERED that this civil action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: April 20th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge